FILED
United States Court of Appeals
Tenth Circuit

February 3, 2026

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

CARLOS VELASQUEZ,

      Plaintiff - Appellant,

v.

AMAZON.COM SERVICES, INC.,

      Defendant - Appellee.

No. 26-4000
(D.C. No. 2:25-CV-00674-DAK)
(D. Utah)

_____

**ORDER**

_____

This matter is before the court on Appellant's Pretrial Motion for Restatement of the Judicial Oath for Guarantee of Good Faith and Disqualification and for Electronic Filing Privilege, also for Waiver of a Filing Fee. The appellant's motion appears to contain argument that is not suited for disposition via procedural motion but only in a merits brief and additionally asks for multiple forms of relief. The appellant's motion is therefore denied without prejudice to renewal, for the reasons stated below.

As an initial matter, this is a federal appellate court, not a federal district court. We do not conduct trials. The rules for federal trial (district) courts do not apply here because we have our own rules that apply to appeals. _Compare_ Fed. R. Civ. P. 1 (federal district courts) _with_ Fed. R. App. P. 1 (federal appellate courts). Any relief sought by the appellant in this court should be based on the Federal Rules of Appellate Procedure (to

include our local rules, the Tenth Circuit Rules), not the Federal Rules of Civil Procedure.

Argument about the merits of appeal is not appropriate for inclusion in a procedural motion. All arguments about why the district court erred in the disposition of the underlying case must be in the appellant's opening brief. This requirement applies equally to any jurisdictional issues about the scope of this appeal and requests to reassign the case to another district judge on remand (if granted).

This court revoked the appellant's electronic filing privileges in a prior case. To the extent the appellant wants to ask the court to reinstate his electronic filing privileges, the appellant must submit a separate motion requesting only that relief providing both ample reasons supporting good cause for doing so and sincere reassurance that the conduct that caused the court to revoke his privileges previously will not arise again. Even then, reinstatement of electronic filing privileges is not guaranteed since the revocation was imposed by a full judicial panel.

The pro se record on appeal has not been filed at this time. *See* Fed. R. App. P. 10 & 11; 10th Cir. R. 10 & 11. After this court files the record on appeal, if the appellant believes documents are missing that he wants this court to have readily available in the record, he may file a motion to supplement the record on appeal specifically identifying the documents he wanted included.

The appellant's obligation to pay the $605.00 appellate filing fees or file a compliant motion to proceed *in forma pauperis* in the district court remains due by February 4, 2026. If the deadline passes and the appellant has not satisfied this

preliminary filing requirement, this court will transmit a form motion for *in forma pauperis* that he may file in this court on a schedule to be set later if necessary. The appellant will be required to file the form motion that appears in the Federal Rules of Appellate Procedure for this purpose. This court will not file or consider a free form request for *in forma pauperis* status.

As a reminder, all new or renewed motion(s) filed by the appellant must request only a single form of relief. And while service on the opposing party will be accomplished by the court, *see* 10th Cir. R. 25.4(C), the appellant is still required to seek the position of the opposing party on all future motions he files in this court and provide their position in the motions, *see id.* 27.1 & 27.6.

Lastly, any other relief requested in the appellant's motion not expressly discussed in this order is also denied without prejudice to renewal if in compliance with this court's rules and this order.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
