<u>From the desk of</u>

Carlos Velasquez, Appellant

Case No. 26-4000

Please find included a letter informing the Tenth Circuit Court of Appeals the Clerk's assessment is in error, and bears an improper appearance.

The Appellant has presented a statement of conviction demanding the Clerk's resignation based in plain statements of error, past interferences, and complex corruption of the horizontal stare decisis in several related cases.

This is a formal demand, and a sufficient number of copies are provided for the court's membership.

The Constitution of the United States of America was dedicated to the people without informal or conferential exception, and the court in this instances is exposed, and the documentation upon the record referred to in the letter should be reviewed by the court.

Two envelopes are provided, one containing the signed original for filing, and does contain a Certificate of Mailing, accompanying addenda.

Please see the document is filed and distributed.

Please see that Mr. Christopher Wolpert receives at least one copy.


May the People be With You,

s/Carlos Velasquez

Civil Bureaucratic Federalist

From the Desk of

Carlos Velasquez, Pro Se Complainant

Civil Bureaucratic Federalist

POBOX 581365

Salt Lake City, UT 84158

E: cfv1983@gmail.com

A copy of this text/document may be found online at

## SUBJ: The Clerk's Role Institutionalizing Exceptionalist Constructions of Public Standing, Respectful and Serious Request for the Resignation of the Clerk of the Tenth Circuit, Mr. Christopher Wolpert

Please file a copy of this document to Dockets Nod. **26-4000, 25-4145, 22-4098, 20-4087, 19-4041,** we are intent to overturn to overturn precedence of ministerial fraud.

A sufficient number of copies are provided for the whole court, please distribute them to judiciary; we are intent to overturn to overturn precedence of ministerial fraud.

### Demand for Submission of the Pre-Trial Motion

These are circumstances of alleged criminal malpractice, and it will not dignify a Constitutional Court to ask the permission of those malpracticants in the District Court while the Court cannot reasonably be understood, this is extreme outrage and the Clerk's caprices have repeatedly violated civil rights.

The Judiciary have disassociated from the complainant, and simply have no real idea of the harm they commit, and their subordinate has been allowed excessive authority.

How will they refute a plain allegation from upon the record, but by denial from standing? Such is the malpractice of the Clerk.

We have every right to demand an end to their malpractice.

The Court's Clerk is in error on several points responding to a Motion presented for filing, and has deposed a sensitive pre-trial motion on a grounds that compares invasion of the First Amendment right and privilege, See Rule 27.5:

- A statement alleging merits-orientations within the motion is errant, the first part of the Motion simply demands the Court will apply itself to a formal standard better than we allege it has in the past, sufficient to carry argument that will depose any intentional Judicial

1

Fraud in the Court's Determinations, exposure of unreasonable error, waiver of presumption of Good Faith in Government.

- The Appellate Rules of Federal Procedure do NOT provide against a single paper containing THREE organized motions.

- The Motion demanding a waiver of filing fee for a frivolous disposition of an interlocutory appeal is mooted by Clerk's misstatements.

- The Motions presented are not required to be served on opposing counsel, nor may the Clerk have advised that opposing Counsel must consent to a demand for Constitutional Court; a vexatious litigant and a criminally motivated jurist at a pre-trial phase are without standing and enforcement of Rule 27.1 is best waived for hostility to conventional reasoning; the Clerk may not wholly have construed the Motion.

The Clerk shows every sign of joining in a fatalistic malpractice scheme, is in overt error.

The paper should be submitted for review with this letter attached. Even a single formal promissory statement from a member of the Court will orient the court to do Justice after repeated incidents of Judicial Malpractice, without any intentional or determinant effect on the outcome of the appeal.

The Court must be capable to abandon a presumption of its own Good Faith in government, and this includes the Clerk of the Circuit Court who is under oath to read and understand this paper.

The Court may have no conferential privilege between its membership, employees of the government, above the standing of the people, and may neither profess nor implicate any philosophy of demographics and proceduralism that does not obey the Supreme Law, dedication to the people without conferential exceptionalism.

Restated, its doctrines and rules, procedurals, must be Constitutional and not strictly conferential. A rule whose application denies standing, denies the COTUSA.

It is inappropriate for the Court's Clerk to take assumption on the First Amendment Rights of Petitioners. These are totally extraordinary filings, see below for further criticism and demand for the Clerk's resignation.

## Complaint and Non-Aspersive Demand for the Resignation of the Tenth Circuit Clerk

The Clerk, Mr. Christopher Wolpert, in two instances here has pre-empted Appellate standing on questions that prime U.S. Circuits to evaluate Fraud on the Court in terms of Judgment, and Determination.

The Circuit Judge has, recognizing the obstruction, objected to the Interlocutory Appeal on insufficient grounds and perjured himself under the Jurisdiction and Determination, see and expound the limits of Prejudicial Disqualification after a Demonstration of Fraud on the Court under *Kellogg v. Watts Guerra LLP,* 41 F.4th 1246, 1259 (10th Cir. 2022); *Lopez v. Behles (In re Am. Ready Mix, Inc.),* 14 F.3d 1497, 1499 (10th Cir. 1994).

Pre-empting Jurisdiction, the Clerk has encouraged Criminal Malpractice in the District Court and the Circuit Court.

The Circuit Court is not obligated to hear Appeals based in Judico-criminal Malpractice as a result, according to the effective meaning of Mr. Wolpert's decisions.

In the past, Mr. Christopher Wolpert has accused us of casting aspersions when the Pro Se filer has put the allegation forward; he has created a conferential construction of the court that dissents directly from the Constitution of the United States of America, refuses to confer standing upon us as from within a private and informal conference; he regularly has committed to malpractice, canon of dark totality, formal illiberalism, which excoriates the victim and disestablishes the social contract on semantic evasions.

While Circuit Courts are confined to the circumstances of District Court cases, that generalized circumstance neither defined Impartiality, nor does it properly limit Interpretation and Official Testimony, nor can a Circuit Court have allowed itself criminal intent once exposed.

Mr. Christopher Wolpert, United States Court Clerk, is no longer impartial, but has instead encouraged unlimited adversity, an entirely illiberal canon, in order to better advantage criminal malpractice within a strictly conferential construction of United States Courts and a bad strict Construction approach to the COTUSA per se; he treats it as a mercantilist's order. They confer power on their friends, and deny standing to the people who know better; restated within the argot of the Federalist papers, it is a wrongful conferential privilege. Mr. Wolpert admits Judicial Conference is above the Law, and may Falsely Testify on errant interpretations.

We feel it is certain Mr. Christopher Wolpert has knowledge of past criminal malpractices committed within United States Courts against this one, Carlos Velasquez.

We feel it is certain Mr. Christopher Wolpert has knowledge of other Judicial Malpractices, and has generated precedence herein to disfavor that plain discovery.

Mr. Christopher Wolpert appears entirely abandoned to the whims of Authority, and hereby is requested to resign.

Mr. Christopher Wolpert invests raw malice with abandon into that court, and has violated the First Amendment Rights of this party, again, with abandon, in these related Appeals where Judicial Malpractice was a major subject, is thoroughly attainted.

Impartiality begins with the People in Constitutional Law; in Parliamentary Law it begins with adversity, and results in Majority versus Minority rulings.

The Parliamentary Legal approach takes exception from the People, and renders a hostile and insufferable criminal court system, and a bad government. It is a conferential court who invades the identity and privileges and immunities of its victims, and is instrumental to the woes of America's contemporary disposition, whose jurisprudential "conservativism" is beyond Constitutional criticism, and perverts the terms of Philosophy of Law.

If Mr. Wolpert is unwitting and has not thought of integrating the term and cause of the People before procedural rules, he may confess it and entirely recant in a formal statement to United States Courts.

We are not a part of informal legal conference, and we are not a part of their private conference, we are not obligated to it, and they plainly violate U.S. Const. Amend. IX to find interpretations, official testimonies of the COTUSA, who take exception from the People.

United States Court Clerks and United States Judiciary are under oath to limit power conferred in the exceptionless cause of the People, a term superior to all kinds of Contractual and Parliamentary societies, this is the term of confidence and good faith to which we have applied ourselves and found the court's partisan membership repeatedly formally distanced from the COTUSA.

Restated, Mr. Wolpert here destroys the instance for the Circuit Court to prepare itself to hear extraordinary claims of collateral judico-criminal malpractice, and pretends Justice upon adversarial impartiality while having abandoned the People to a criminally motivated Judiciary.

### Formal Demand for Resignation

We believe the Democratic-Republican culture is attempting to coerce illiberalism into the Federal culture by denying ordinary and extraordinary relief in total abandonment; Mr. Christopher Wolpert can resign, the harm the Judiciary have committed here cannot be ameliorated by his continued presence in that court.

Additionally, his resignation will soften the Circuit Court in its persistent malpractices, and someone will generate a testimony that does not abuse finality of judgment, res judicata must favor the People, a task beyond Mr. Wolpert's eloquence and dedication to textualism despite its overwhelming importance to role withing the Tenth Circuit Court of Appeals.

### Formal Conclusion

It is for the people, and not its recalcitrant membership. We believe Mr. Wolpert is gravely mistaken, and abuses the presence of the Court to aid criminal malpractice intimidate and disassemble their victims.

The Democratic-Republican conference has lost plain solvency, and they have no plain demonstrable system with which to resolve genuine disagreements, nor may they rely on Majority

rule and faithfully testify their dedication to the People without exception, nor are the Judiciary without ungrounded distortions of whole political mien, and these allegations imply we no longer have a Constitutional Court; cases demanding the Judiciary restate the Oath in the Cause of the People can correct the Union, which is based in a single Constitution with a single genuine supplement in the Federalist Papers.

Mr. Christopher Wolpert appears unable to admit the Petitioner, the Appellant, must describe for the Court what is necessary and proper to resolve the case, and has restrained the civilian petitioner under color of authority. The Defendants will have ample opportunity to address merits.

Restated Again, Mr. Christopher Wolpert, anticipating the corrupt and unworkable malpractices of his superiors, has committed extreme harm to this party on multiple cases, and the Clerk under his Authority is as under the Authority of motivated ministerial fraud.

The U.S. Department of Justice does not investigate complex allegations of Judicial Malpractice; the Federal Bureau of Investigation is not a sophisticated political advocate; they stand these parties under defamation in their false deliberations and demurences. Mr. Christopher Wolpert advantages Judicial Malpractice on an implied basis that states a parliamentary and totalitarian standard, he is "fascist" in extremis, en seditio otherwise.

There is a Ministerial Dichotomy in the United States, and we require the pre-trial instance to demand the Judiciary restate its oath properly, to correct the strict conferentialists, the people who proceed in government under a counter-revolution and have no Supreme Law except the secrecy of their conference and archon. We can refute them at every step.

Otherwise with their each and every prejudicial overstep, Mr. Wolpert seeks to humiliate us with vague condescension and misstatements of Collateral Order doctrine, he enforces undue presumption of Good Faith in government, where we seek to advise it may be revoked it for Fraud on the Court, Fraud at Determination, and Fraud at Certification.

The COTUSA is power to the People, and it does not admit agentic nor ministerial exceptionalism.


Signature of the Pro Se Complainant,
s/Carlos Velasquez _____
Civil Bureaucratic Federalist

## CERTIFICATE OF MAILING

On 2/9/2026 I caused to be mailed to the United States Tenth Circuit Court of Appeals, the following:

Letter to the Clerk and Court, SUBJ: The Clerk's Role Institutionalizing Exceptionalist Constructions of Public Standing, Respectful and Serious Request for the Resignation of the Clerk of the Tenth Circuit, Mr. Christopher Wolpert:

    1x Signed Original

    20x Reading Copies for Distribution to the Clerk, and Court Membership

Additionally, Defendant Parties, Amazon.com Services LLC, have consented to electronic service of all papers,

    Brian D. Tuttle

    Ethan D. Thomas

    LITTLER MENDELSON PC

Signature of the Pro Se Complainant,

s/Carlos Velasquez _____

Civil Bureaucratic Federalist

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

CARLOS VELASQUEZ,

    Plaintiff - Appellant,

v.

AMAZON.COM SERVICES, INC.,

    Defendant - Appellee.

No. 26-4000
(D.C. No. 2:25-CV-00674-DAK)
(D. Utah)

**ORDER**

This matter is before the court on Appellant's Pretrial Motion for Restatement of the Judicial Oath for Guarantee of Good Faith and Disqualification and for Electronic Filing Privilege, also for Waiver of a Filing Fee. The appellant's motion appears to contain argument that is not suited for disposition via procedural motion but only in a merits brief and additionally asks for multiple forms of relief. The appellant's motion is therefore denied without prejudice to renewal, for the reasons stated below.

As an initial matter, this is a federal appellate court, not a federal district court. We do not conduct trials. The rules for federal trial (district) courts do not apply here because we have our own rules that apply to appeals. *Compare* Fed. R. Civ. P. 1 (federal district courts) *with* Fed. R. App. P. 1 (federal appellate courts). Any relief sought by the appellant in this court should be based on the Federal Rules of Appellate Procedure (to

include our local rules, the Tenth Circuit Rules), not the Federal Rules of Civil Procedure.

Argument about the merits of appeal is not appropriate for inclusion in a procedural motion. All arguments about why the district court erred in the disposition of the underlying case must be in the appellant's opening brief. This requirement applies equally to any jurisdictional issues about the scope of this appeal and requests to reassign the case to another district judge on remand (if granted).

This court revoked the appellant's electronic filing privileges in a prior case. To the extent the appellant wants to ask the court to reinstate his electronic filing privileges, the appellant must submit a separate motion requesting only that relief providing both ample reasons supporting good cause for doing so and sincere reassurance that the conduct that caused the court to revoke his privileges previously will not arise again. Even then, reinstatement of electronic filing privileges is not guaranteed since the revocation was imposed by a full judicial panel.

The pro se record on appeal has not been filed at this time. *See* Fed. R. App. P. 10 & 11; 10th Cir. R. 10 & 11. After this court files the record on appeal, if the appellant believes documents are missing that he wants this court to have readily available in the record, he may file a motion to supplement the record on appeal specifically identifying the documents he wanted included.

The appellant's obligation to pay the $605.00 appellate filing fees or file a compliant motion to proceed *in forma pauperis* in the district court remains due by February 4, 2026. If the deadline passes and the appellant has not satisfied this

2

preliminary filing requirement, this court will transmit a form motion for *in forma pauperis* that he may file in this court on a schedule to be set later if necessary. The appellant will be required to file the form motion that appears in the Federal Rules of Appellate Procedure for this purpose. This court will not file or consider a free form request for *in forma pauperis* status.

As a reminder, all new or renewed motion(s) filed by the appellant must request only a single form of relief. And while service on the opposing party will be accomplished by the court, *see* 10th Cir. R. 25.4(C), the appellant is still required to seek the position of the opposing party on all future motions he files in this court and provide their position in the motions, *see id.* 27.1 & 27.6.

Lastly, any other relief requested in the appellant's motion not expressly discussed in this order is also denied without prejudice to renewal if in compliance with this court's rules and this order.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk





LABEL EMS2017
JANUARY 2017

- Expected delivery date specified for domestic use.

- Domestic shipments include $100 of insurance (restrictions apply).*

- USPS Tracking® service included for domestic and many international destinations.

- Limited international insurance.**

- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH
how2recycle.info

Scanned by
US Marshal

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; October 2023; All rights reserved.

PS00001000060

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

---



UNITED STATES
POSTAL SERVICE.  **Click-N-Ship®**

usps.com
$29.10
US POSTAGE

**E**

9470 1301 0935 5014 0826 37 0291 0001 0006 0257

U.S. POSTAGE PAID

02/09/2026
1 lb 0 oz

Mailed from 84158   048465172476493

## PRIORITY MAIL EXPRESS®

CARLOS VELASQUEZ
PO BOX 581365
SALT LAKE CITY UT 84158-1365

Created 2026-02-09
Legal Flat Rate Envelope
RDC 07

C000

**WAIVER OF SIGNATURE**

33



U.S. COURTHOUSE
BYRON S WHITE
CLERK'S OFFICE
1823 STOUT ST
DENVER CO 80257-0001

### USPS TRACKING #



9470 1301 0935 5014 0826 37

