# IN THE TENTH CIRCUIT COURT OF APPEALS

## No. 26-4000

**District of Utah Case No. 2:25-cv-674-DAK (D.Utah)**

District Court Judge: Hon. Dale Kimball

ON MOTION TO COMPEL THE TRIAL JUDGE TO REPLY,

APPELLANT'S PAPER IN REPLY TO APPELLEE *AMAZON.COM*

*In re Carlos Velasquez, Pro Se v. Hon. Dale Kimball*

Respecting *Velasquez v. Amazon.com Services LLC*

# CERTIFICATE OF MAILING

The Paper in Reply is served by mail to all of the following parties, I certify that I retain Proof of Mailing.

**Amazon.com Services LLC**

Brian D. Tuttle

LITTLER MENDELSON

222 Main St. 5th Floor

Salt Lake City, UT 84101

801-401-8312

Email: btuttle@littler.com

*Bar Number: 16974*

Ethan D. Thomas

LITTLER MENDELSON PC

8474 Rozita Lee Ave Ste 200

Las Vegas, NV 89113

702-862-8800

Email: edthomas@littler.com

*Bar Number: 15751*

**U.S. Courts**

Senior Judge Dale Kimball

Orrin G. Hatch United States Courthouse

351 South West Temple, Rm. 10.400 (Chambers)

Salt Lake City, Utah 84101

801-524-6100

Signature of the Appellant with Date: _____

## RESPONSE

1. We are not convinced Counsel is sincere in his pursuit of Justice, who should believe that a party making a complete demonstration that there was *Fraud on the Court* would make an improper demand?

2. In that light, Amazon has asserted the motion is to permit further briefing, and is not well-defined under the Federal Rules of Appellate Procedure; the Motion is *extraordinary* in nature and the court recognizing substantive demonstrations in responsive briefing, within the Motion itself, will happily respect the question and demand the Senior Judge Dale Kimball reply to the Appeal brief and any parts the record so defined.

## RESTATEMENT OF THE DEMAND ON MOTION

3. Oral argument can aid recognize the facts of the appeal necessary to recognize *United States* is already in *privity,* the *Fraud on the Court* question and Rule, *ministerial fraud* otherwise, allows the court should designate an efficient procedure.

A. The Judicial Opinion has attacked the victim's substantive *cause of action,* the *injury in fact,* without respect for the grounds of the complaint.

4. Amazon has not responded to this element of the motion, and instead simply feels the motion is uncharacteristic to most cases.

5. Amazon did not prove the victim was not harmed.

6. Amazon did not prove the employment contract was not breached.

7. Amazon only proved that this was not a Title VII case, and the Complainant did not present how it was a Title VII case.

8. Senior Judge Dale Kimball could not have reached the conclusions he did following the trial briefing, and so appears *biased against the law* (28 U.S. § 144) pursuant new and intentional *fraud on the court* (Fed. R. Civ. P. 60(d)).

9. Amazon did not reject or limit the *Fraud on the Court* allegation, but eschewed it without demonstration.

10. Thereby, Amazon would apply CA10 Rule 28 to preempt *Fraud on the Court* review.

11. We observe, therefore, Amazon misstates *Frank v. Crawley Petroleum Corp.*, 992 F.3d 987 (10th Cir. 2021) in terms of the form and manner of Judicial privity.

12. The Judge is a Master Witness to the case or controversy for United States, and United States Courts.

13. The purpose of Section 144 and *Fraud on the Court* rule can be plainly observed and stated to be to limit the capacity of United States Courts to entertain *ministerial fraud.*

14. The violence done to a party at law will (a) terminate subject-matter rights; (b) deflect and exaggerate any real injury committed in *perjury;* (c) will punish and humiliate the victim for the act of petitioning, and do so as before a plain villain.

15. Impropriety at Law may mean an intentional misstatement of the legal terms of a case.

16. The Tenth Circuit disfavors some practices in Motions, but its rules cannot be interpreted under the Constitution of the United States of America to impair Justice, that in itself would be improper.

17. Restated, *Judicial Privity* can be tried in any circumstance of a *Fraud on the Court* allegation. It does not render the Judge to be a *Defendant,* and does improve the Circuit Court's review of the *liability for appeal.*

APPELLEES PERSPECTIVE

18. *Impropriety* in the term applied by the Defendants was vague.

19. It may in fact refer to statutes and rules defining *Costs and Fees,* wherein *judicial privity* is not optimally defined under 28 U.S. § 2412 nor 1912, 1913; it is an atypical circumstance, one NOT defining continuity of malice on ordinary reversals or amendments to a pre-trial order.

20. We recognize the *Fraud on the Court* is a form of malice.

21. Therefore we recognize the *Appeal* itself, as following an undue and overbearing dismissal action, is intended to delay and otherwise totally harm the victim of a hostile work environment.

22. Thereby, because Amazon has observed that it is not ordinary to direct a Judgment of Costs against Judiciary, and have pleaded unnaturally how it was 'improper' related to briefing, that it will not have secured a judgment.

23. We believe the Appeal to have been caused by frivolous and malicious reasoning from the trial judge, who was obligated to limit the authority of Amazon's chosen Defendant Counsel.

24. We also believe it would be improper to bill such costs against Amazon, and we do not anticipate any minor amendment to the trial order.

25. We believe the United States Circuit Courts have it within their discretion to award a Judgment of Costs and Fees on Reversal for *Fraud on the Court;* or,

mandating judicial recusal, can refer that question to the trial court in a supplemental proceeding.

CONCLUDING

26. The general effect of *ministerial fraud* is to unjustly and intentionally harm the victim by destroying or delaying the opportunity for *relief* defined after Article III of the Constitution of the United States of America.

27. The trial delayed six months to a year, against a Pro Se party creates severe discomfort in terms of routine planning, and mid-term life-planning, it is perceived and felt to be a direct and intentional act to meddle in the affairs of the victim.

28. In terms of the allegation in the District Court complaint, Senior Judge Dale Kimball distorts the *presence of the court* to conduct a *threat of perjury,* and so abuses the court's precedence to conduct *ministerial stalking.*

29. The District Court complaint and the Section 144 allegation included circumstances of a civil complaint against Senior Judge Dale Kimball, among

other jurists, that was mistreated. The Senior Judge appears pursuant the criminal disposition against the victim related here in Case Nos. 19-4041; 20-4087; 22-4098; and now also plausibly No. 25-4145, the broken interlocutory appeal.

30. The Constitution of the United States of America has properly limited power conferred in the cause and term of *the People* without exception from Justice, so hisher judgment will come easily and without corrupt hesitations.

SIGNED

s/Carlos Velasquez. Appellant

7/8/26

PRESS FIRMLY TO SEAL

 

FSC
MIX
FSC® C110816

PAPER POUCH
how2recycle.info

PRESS FIRMLY TO SEAL


# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**BC 7/1/11**

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PAPER POUCH
how2recycle.info


PS00001000014

**EP14F** October 2023
OD: 12 1/2 x 9 1/2

---

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$11.12
US POSTAGE


9405 5301 0935 5402 1000 22 0111 2001 0008 0257

U.S. POSTAGE PAID



07/08/2026
1 lb 0 oz

Mailed from 84158   670957119978544

## PRIORITY MAIL®

CARLOS VELASQUEZ
PO BOX 581365
SALT LAKE CITY UT 84158-1365

Created 2026-07-08
Flat Rate Envelope
RDC 03

C000

 BYRON WHITE US COURTHOUSE
1823 STOUT ST
DENVER CO 80257-0001

Scanned by US Marshal

### USPS TRACKING #



9405 5301 0935 5402 1000 22

CLERK



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.



# UNITED STATES POSTAL SERVICE ®

# PRIORITY®
## MAIL

# FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

**EP14F October 2023**

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE