RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2026 AUG 10 PM 1:05

IN THE TENTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| Carlos Velasquez<br>v.<br>Amazon.com Services, Inc. | EMERGENCY: MOTION FOR EXPEDIENCE AND TRANSPARENCY<br>CA10 Docket No. 26-4000 |

Originating in the United States District Court for the District of Utah

Case No. 2:26-cv-674

Appellant/Plaintiff/Victim
Carlos Velasquez, Pro Se
PO BOX 581365
Salt Lake City, UT 84157

## I. STATEMENT

1. This motion is precedented on the observation the Tenth Circuit Court of Appeals does not have a procedure in place to maintain justiciable standards for Recusal/Disqualification, defined after 28 U.S. § 144/455—the allegation of *fraud on the court* intersects with Appellate opinions, and demands they are Disqualified from review here.

2. The following jurists are listed:

    - Robert Bacharach
    - Timothy Tymkovich
    - Veronica Rossman
    - Robert Baldock
    - Nancy Moritz
    - Allison Eid
    - Paul Kelly
    - Carolyn McHugh
    - Jerome Holmes

3. The matter is presented on a question showing there was *Ministerial Fraud* both in the District Court and in otherwise unrelated Circuit Court decisions. Please See Docket Entries 25-29.

4. The toxicity and political hostility of the courts is on full display in these instances and the present impact of that stress on the Victim and Pro Se Appellant compares that stress of *criminal exception,* how these courts persist and delay, hesitate criminally, upon the appearance of the threats *to commit perjury* and further *deprive right,* and *obstruct jurisdiction,* in United States District Court for the District of Utah and the Tenth Circuit Court of Appeals, *fraud on the court* across several dispositive issues listed on the court's docket.

5. In the order of our observation that the Circuit Court now hesitates, and menaces us remotely we remind the court how the Notice of Appeal lists several jurists are disqualified and must recuse from this matter because of withstanding allegations of *Fraud at Determination,* See CA10 Docket No. 1-1, Page 25-26.

6. Those jurists are perceived to be critically hostile to the Appellant's First Amendment Right to Petition because the discovery of *Fraud on the Court* will also discover their own *Fraud at Determination* in the past trials.

7. Alternatively, a successful lawsuit against the Defendant may advantage the Appellant sufficiently to afford to expose the extensive Judicial Malpractice, so their present delay (just below) admits the court's ordinary posture is not sufficient to guarantee the result will comply with the Constitution of the United States of America.

8. Most specifically, the Motion defined under Doc. No. 27 exposes complex *false testimony* from Nancy Moritz that entirely and wrongfully, in willful error and malice, protected the discretion of Judges Kimball and Benson, the motion remains withstanding because the court's available records ignore the allegation; Moritz is alleged to have committed a *ministerial fraud* to avoid the relevant argumentation.

9. Moreover, the court has not issued any statement acknowledging Disqualification and Recusal standards. The court thereby creates a vague extension of Jurisdiction that risks to improperly impair Cause of Action and

Right of Appeal, threatens to obstruct jurisdiction in both courts, because as the court's record is demonstrated on said Motion in the past, the judiciary undermined the court's record of the Appellant's process and invaded upon all his privileges and rights.

10.The result is a judicial syndicate defined by wrongful *impoundment* of civil right, and related standing; the impoundment against the individual, as if the individual had abandoned his papers irresponsibly on the docket.

11.The Tenth Circuit Court of Appeals is advised there is a recurring and ongoing crime against Carlos Velasquez, the Pro Se petitioner and Civil Bureaucratic Federalist who has petitioned in U.S. Courts since 2018, that is the judiciary have mistreated his every petition and pleading with criminal vexatiousness and are in a apparently strict political conference to control or damage *interpretation* and syndicate ruling opinions composed entirely of *false declarations,* that are *perjuries* against the meaning of the Rules and the Public Law, and are *false testimony* of the meaning and intent of the Constitution of the United States of America. In this instance the syndic is described as having refused consent to trial on terms of wrongful prejudice.

12.Prescient filings have already demanded the right to file supplementary briefings to further inform the Circuit Court, and that process must be immediately discovered or hazard Criminal Complaints and New Civil Action against United States and Individual Jurists.

## II.

## GROUNDS AFFIRMATIVE TO LAW: THE COURTS OBSERVABLE PROCEDURES MUST MEET ALL OF THE CIRCUMSTANCIAL PLEADINGS

13.The allegation herein is that a wrongful prejudice could proceed under Appellate Procedures because the Appellate Procedures either do not specifically invoke the Federal Rules of Civil Procedure, or they do not provide for discretionary review on Judicial Malpractice and Recusal.

14.Because it is *possible,* and because the allegation is presented, it is *plausible* that if the Tenth Circuit Court randomly assigns this case matter to any of those above jurists that they will not treat the matter as an emergency, and instead will wager further depredations at his expense, as against Life, Liberty, and Due Process; the competent pleader here demands issue because the court has betrayed Justice and disrupted the Domestic Tranquility of the pleader.

## III. FACTS

15.The Appeal was filed 1/5/26.

16.The case is pending without new precedence for that entire time.

17.A Motion to Compel the Jurist to Reply was filed 6/24/26. See Docket No. 27-29.

18.The Motion plainly and immediately demonstrates the past *Ministerial Fraud* of Hon. Nancy Moritz who may have defined and issued illegal protective relief under *false terms* to Hon. Dale Kimball.

19.The Appellant finds and demonstrates how Hon. Dale Kimball is alleged to have engaged *Ministerial Fraud* in his treatment of both cases. See Appellant's Brief, Docket No. 14.

20.*Ministerial Fraud, Fraud on the Court* (Fed. R. Civ. P. 60(d)), alleged when Hon. Kimball breached confidence and denied there was any *cause of action* and left the matter effectively untried.

## IV. RELIEF DEMANDED

### A. RIGHT OF SUBSTANTIVE REVIEW

21. The court must **disclose** to whom the case matter is presently assigned, the merit of this procedure will be to prevent any possibly or plausibly corrupted jurist from obscuring his or her malpractice, so to prevent further criminal harm while the question remains unresolved.

22. So **allow** the Appellant to file the appropriate paper that demonstrates the past malpractice alleged, so the Circuit Court may openly review its holding.

### B. REASONABLE DEMAND FOR TIMEFRAME IN RELEVANT RIGHT OF REVIEW TERMS

23. Timeframe: Judicial Review does not have a statute declaring the exact time the judge will take to issue a ruling or opinion; a judiciary in contempt can conceivably withhold Justice interminably.

24. The Appellant party herein is greatly aggrieved and has made serious allegations against Judiciary in United States Courts for *fraud on the court.*

25.Circuit Courts are without a more explicit process than can be inferred from the Federal Rules of Civil and Appellate Procedure.

26.The Judiciary should recognize that their lot in United States Government is not to hesitate on forensic conclusions so as not to invite personal or corrupt biases, and in this light it is best for the court to make a public disclosure,

a) WHO the court has found assigned; (Part 1 Above) and,

b) WHEN the individual or panel expect(s) to complete a course of Read and Review.

C. IMMEDIATE AND CONSTITUTIONAL REVIEW IS DEMANDED

27.An impartial member of the Tenth Circuit must in the cause of Justice proceed to expedite review, a quorum against whom there is not an unresolved allegation of *Ministerial Fraud.*

28.The victim of *Ministerial Fraud* demands the court will immediately review the allegation in the plain terms of the appeal, and will carefully consider the Appellant and Alleged Victim's position as defined, and without disfavor or improper declension.

29.The victim here has not been allowed to make the demonstration of *fraud on the court,* and it is malice for the jurist to refuse *read and review* of such an allegation, it is also malicious to attempt to foreclose *read and review* if that action is unreasonable to decline the court.

## V. DEFENDANT'S POSITION

30.The defendants are overzealous to win the litigation and close the case, their reviews have not stepped in for questions of *ministerial fraud* directly, and the matter has not been plainly resolved so that the Defendant's appear to agree that *there was no injury* or *cause of action,* whereas it should be plain discovery procedures aid to define a *hostile work environment,* and *retaliations.*

31.The defendants have made no exculpatory showing. Other parts of their positions would deny that a civil case carries questions of Justice, were insincere.

32.The Defendant's have objected to recognizing the Cause for Relief from the Judgment in the District Court without a providential showing, their posture

demands the judiciary will have to make such a showing independently of the adversaries. See Docket No. 28.

33. The Defendants have previously objected to the propriety of a Motion to Compel the jurist's reply on the grounds the rules do not provide it citing Fed. R. App. P. 28(c). *See, e.g., Koch v. Koch Indus., Inc.,* 203 F.3d 1202, 1239 (10th Cir. 2000), such positions however fail to regard Justice and would not have constitutional grounds for such enforcement here, are insincere.

34. They appear confused between *res judicata* and Justice, as without methodology sufficient to carry the one term in the course of demanding the latter.

35. They do not respond, and so cannot imagine the effect of a contemptuous jurist holding the matter over for months to issue an insubstantial and unpersusasive opinion.

## VI. MERITORIOUS DEFENSE TO THE REQUEST

A. Persistent and Unresolved Allegations of Ongoing Crime

36.Any reasonable party making the *Ministerial Fraud* allegation will recognize that the Appellate Court's general posture to keep a closed face in its decisional practices may persist at and encourage the possibility of *Ministerial Fraud.*

37.That possibility perpetually exaggerates any perceived delay or disposition, creates a hostile and threatening psychological pre-disposition, harm as consistent with the allegation of harassment and stalking that follows from a persistent threat of *perjury,* the state of *emergency* that pursues the victim literally any kind of organized or disorganized stalking.

38.If the jurist is contumacious to present the victim does not know the Law or the Constitution, to show a cassation that does not exist or does not apply, that feat of *ministerial fraud* will conduct persistent and promissory harm.

39.Since the record presently holds at least six complete allegations, against District Court Judges Kimball and Benson (Deceased), and Circuit Judges Holmes, Moritz, Baldock, and Eid, the court must allow the alleged victim the

opportunity to have demanded heshe *recuse* and is *disqualified* any jurist who may have a persistent interest to cover up the truth.

40.Disqualification of the jurist in such circumstances is the right of any petitioner, and the Constitution of the United States of America does NOT license the judiciary to impound the *right to petition* on personal and malicious whims.

B. Judicial Confession and Testimonial Impeachment

Improve Public Confidence

41.U.S. Courts in claiming to know the Law must know the People, and without ambiguity, the courts must know us without political exceptionalism of any kind because that will always prove the biggest and most beneficent aspect of Justice, and will always improve the natural popularity of the Judiciary.

42.In context, a guilty jurist should confess because it allows justiciable amendment, reduces the potential for personal liabilities, and makes constructive end of the otherwise criminal digression into ministerial impound.

43.U.S. Courts will always be improved to know the full extent of the Law, and will reduce those differences that are found between the People in civil politics.

C. The Court Shows Menace in Delay

44.The Circuit Court delays more than two weeks on a Motion to Compel the Jurist to Reply.

45.As a result of the possible and plausible persistent *threat to commit perjury,* the delay appears to show improper *hesitation,* and has menaced the Pro Se petitioner and Victim, to persist at menacing the family after related cases.

46.The motion makes a demonstration of a past *Fraud on the Court* that is naturally read in under two hours, so that a judicial panel appears to hesitate as if expecting to collate that question into the court's declension; the unexplained delay threatens to commit perjury in the case context.

47.We have the right to protect our civil litigations from *invasion* of *ministerial fraud,* because such actions are prohibited.

48. The Clerk has filed the motion under delay operatively, and has not allowed it to falter into a late integration, so that the Court should naturally disposition of said motion prior to any final issue.

49. The approach demanding the jurist's reply on a *Fraud on the Court* allegation in a District Court can precedent a standard of practice for such instances; the court cannot pretend it is impossible to prove *Ministerial Fraud* on prejudicial dispositions because it is a natural evaluatory question if there are *false declarations* and if there is *prejudice* of the court that provokes Appeal as of Right.

D. Collateral Order and Collateral Appeal Favor a Party Making the Substantive Showing

50. There is no statute immunizing Federal Officers to a collateral degree.

51. The basis for Qualified Immunity should be carried to be Qualified Issues and Action, so as to prevent the Respondent or Defendant from being immunized while knowing bad faith and Criminal Action under Authority.

52.The Qualified Immunity question in that order would admit the individual should not be bothered with litigation whatsoever, but "Qualified Immunity" as a broad forensic bar proceeds also as a Field Preemption, an effective prohibition against a particular lawsuit. Such a circumstance is uninterpretable from the Constitution of the United States of America.

53.In collateral order terms, this means the nature of the collateral issue favors the party claiming a grievance, and requires the party claiming a Qualified or Absolute Immunity to show that the action against the official is technically vexatious; 28 U.S. § 144/455 provides an affidavit of General Counsel for terms qualifying the affidavit defines an interpretive bar against vexatious and abusive filings, it does not prohibit the filing or reality of a genuine affidavit.

54.Moreover, collateral order doctrine can be demonstrated to favor the People when the showing is substantive, when the case has not reached merits due to *fraud on the court.* The question requires the favorable resolution of the motion in a timely disposition. See *Dressen v. Astrazeneca,* CA10 No. 24-4114, Doc. 49-1 (7/23/2026) cit. *Mohawk v. Indus., Inc. v. Carpenter,* 558 U.S. 100, 107 (2009), "For an order to be appealable under the collateral-order doctrine, the order must satisfy three non-negotiable conditions: it must (1)

conclusively determine the disputed question, (2) resolve an important issues completely separate from the merits of the action, and (3) be effectively unreviewable on appeal from a final judgment."

55. The collateral bar is by nature high against all parties to such a legal query, especially under a system where Qualified Immunity can be waived and Absolute Immunity can be disproven, the *fraud on the court* allegation fits *all of those parameters.*

56. It is should not be overbearing for the Jurist to provide in response the opinion in question, and its exposition should not be excessive if the action is timely.

57. Absolute Immunity conditions cannot apply if the allegation against the Federal Officer remains unresolved.

E. The Court has not Met the Appellant's Terms

58. We present complex questions of *ministerial fraud* in past questions, and none of these terms have been directly and successfully recognized, ignored plainly and openly, or permitted the clarification required for parties in adversity to proceed.

59. The District Court and Circuit Court appear to lack impartiality on both interpretive and ministerial terms, Federalism of Impartiality should admit that the first and best measure of *impartiality* is the term of *the People,* how the judiciary will know *the People* without *exception,* and will not take *criminal exception* from *remedy.*

60. Whether discussing the Defendant's position, or recognizing the Judiciary has reached conclusions improperly, has abolished a proper interpretable limit in Read and Review and failed to correctly construe any pre-trial questions.

61. The same question of *personal bias* and *disqualification, bias against the law* where the jurist commits a crime against the victim's *person* has not been met, and any perceived *confusion* fails to regard that under *fraud on the court* circumstances the *affidavit* of *personal bias* and any *cause for disqualification* are more closely composed, because *disqualification* on the basis of *appearance* is *precedented.*

62. For the same reasoning, a Judge who commits a crime against a person in Read and Review, the formal and official issue, does not properly carry pre-trial conditions to the Summary Judgment phase as was pleaded in the

Appellant's Responses cit. *Anderson v. Liberty Lobby,* 477 U.S. 242 (1986). See CA10 Docket No. 21.

63. A workable anti-ministerial fraud theory resolves the *fraud on the court* allegation and citation in order as after the direct reply of the Jurist, showing failure of citation at *Bell Atl. v. Twombly,* 500 U.S. 544 (2007) and ordinary Burden-shifting requirements where the pleading standard evaluated a *hostile work environment* and *retaliatory* behavior.

## CONCLUDING

64. The court does not permit the filing of an emergency or an extraordinary motion because such motions are defined in circumstances intrinsic or extrinsic to a case, and we have alleged an intrinsic *ministerial fraud* that will defeat the credibility of some of the Circuit Court and District Court' membership.

65. The judiciary must be willing and positive to prosecute one another when they abuse power to falsely dismiss cases, to amplify or exaggerate punishments,

to treat the People with abandon and malice by political exception, because the materials they compose in that order are forbidden by Law.

66. The Constitution of the United States of America, including United States Courts, dedicated the government to the People without political exceptionalism. The most earnest of our framers understood that political exceptionalism was criminal, and recognized that in all separations of power, including social strata, there was the potential for totalitarianism and so they demanded that all Federal Officers would limit power conferred in terms of four plain beneficiencies that pre-revolutionary conferential governments enjoyed, so that the People would always enjoy the meaning of the government, and the oath would always bear a substantive test.

67. The judiciary must kindly permit the Appellant to demonstrate the full extent of the Public Law.

SIGNATURE

s/Carlos Velasquez

_______________________

Date: 8 · 7 · 26

CERTIFICATE OF SERVICE ON EXPEDIENCY MOTION

The paper is served by mail and electronic mail to all of the following parties, I certify that I retain Proof of Mailing.

**Amazon.com Services LLC**

Brian D. Tuttle
LITTLER MENDELSON
222 Main St. 5th Floor
Salt Lake City, UT 84101
801–401–8312
Email: btuttle@littler.com
*Bar Number: 16974*

Ethan D. Thomas
LITTLER MENDELSON PC
8474 Rozita Lee Ave Ste 200
Las Vegas, NV 89113
702–862–8800
Email: edthomas@littler.com
*Bar Number: 15751*

**U.S. Courts**

Senior Judge Dale Kimball

Orrin G. Hatch United States Courthouse

351 South West Temple, Rm. 10.400 (Chambers)

Salt Lake City, Utah 84101

801-524-6100

Signature of the Appellant with Date: ____ 8.7.26

UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.12
US POSTAGE

9405 5301 0935 5436 0718 00 0111 2001 0008 0257

U.S. POSTAGE PAID
Click-N-Ship®

08/07/2026
1 lb 0 oz

Mailed from 84158 053239446607521

**PRIORITY MAIL®**

CARLOS VELASQUEZ
PO BOX 581365
SALT LAKE CITY UT 84158-1365

Created 2026-06-07
Flat Rate Envelope
RDC 03

C000

BYRON S WHITE
CLERK 'S OFFICE
1823 STOUT ST
DENVER CO 80257-0001

USPS TRACKING #

9405 5301 0935 5436 0718 00

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA

UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE